ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Maria Kolodziej

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Premm Learning Center

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

REC'D IN PRO SE OFFICE
JAN 9 '26 PM 12:39

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Maria Kolodziej
Street Address      2867 Chestnut Ave
City and County     Ronkonkoma Suffolk
State and Zip Code  NY  11779
Telephone Number    631 672 1704
E-mail Address      mLKolodziej@outlook.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                Premm Learning Center
Job or Title
(if known)
Street Address      1200 Montawk Highway
City and County     Oakdale Suffolk
State and Zip Code  NY  11769
Telephone Number    631-567 4901
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name            *Premm Learning Center*

Street Address  *1200 Montauk Hwy*

City and County *Oakdale* ~~Bohemia~~ *NY 11769*

State and Zip Code *NY Oakdale 11769*

Telephone Number *631 - 567 - 4901*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

☐     Other federal law *(specify the federal law)*:

_____

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

       ☐    Failure to hire me.
       ☐    Termination of my employment.
       ☐    Failure to promote me.
       ☐    Failure to accommodate my disability.
       ☑    Unequal terms and conditions of my employment.
       ☑    Retaliation.
       ☑    Other acts *(specify)*: _Forced to resign, Age_

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

_7/26/24, 7/29/24, 7/30/24, 07/08/24_

4

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color_____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☑    age.  My year of birth is ___1967___.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*
     <u>back issues,</u>_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

7/26/24 Victoria told aides to tell me so I can bring a diaper to her and leave the classroom. I was informed never to leave the classroom if the teacher is not there. During my lunch break I called the office to request a transfer from the classroom and they told me to come in and resign. I went to the doctor and got a note for anxiety. Spoke with the dire tor laura and she was screaming at me saying I wasnt a team member and didnt follow rules. On 7/29/24 I requested to speak with H.R. after emails back + forth and Laura telling me to resign. On 7/30 I resigned

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_02/14/2025_

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_11/19/2025_ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☑    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_I lost the opportunity to be employed by Premm Learning Center as a result I lost. earning lost the ability to receive a pension and benefits._

6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 9, 20 26

Signature of Plaintiff    _Maa Kolodzej_

Printed Name of Plaintiff    _Maria Kolodziej_

7

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/19/2025

**To:** Ms. Maria L. Kolodziej
2867 chestnut ave
RONKONKOMA, NY 11779
Charge No: 520-2024-07998

EEOC Representative and email:   ARACELY FRANCOIS
INVESTIGATOR
ARACELY.FRANCOIS@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge. The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of the EEOC's official notice of dismissal. Otherwise, your right to sue based on the above-numbered charge will be lost.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2024-07998.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
11/19/2025
Arlean Nieto
Acting District Director

EEOC No. 520-2024-07998 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 520-2024-07998 |
| New York State Division Of Human Rights | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Ms. Maria L. Kolodziej

Phone No.:      631-648-0565

Year of Birth:    1967

Mailing Address: 2867 chestnut ave

RONKONKOMA, NY 11779

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Premm learning Center

No. Employees, Members: 201 - 500 Employees

Phone No.:

Mailing Address: 1200 Montauk Highway 1200 MONTAUK HWY

OAKDALE, NY 11769, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

---

DISCRIMINATION BASED ON:

Age

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 07/08/2024

Latest: 07/26/2024

---

THE PARTICULARS ARE:

I began employment with the above-mentioned entity on or around July 8, 2024, as a Teacher Assistant.

It should be noted, that upon employment, I was given specific direction to not leave the classroom.

On 7/26/2024 Victoria told aides to inform me to bring the diaper to her, where I was required to leave the classroom to complete the task. I then asked Victoria if she specifically instructed the aides to inform me to leave the classroom and bring the diapers to her. She said it wasn't a set up.

Hower, during my lunch break, I had an anxiety attack and went to the doctors on my lunch break. I have a note from my doctor that they wouldn't accept the following day.

I then called the office and requested a transferred from the classroom and I was then informed to resign. I spoke with Director Laura, who was screaming at me. She stated that I was not a team member, and the memorandum does not have any information in regard to leaving the classroom. On 7/29/2024, I requested to speak with HR, after several emails went back and forth, advising me to resign.

---

EEOC Form 5 (06/24)                                                                 Page 1 of 4

**EEOC (Inquiry) Number: 520-2024-07998**

## INQUIRY INFORMATION

### INQUIRY OFFICE

**Receiving:** New York District Office

**Accountable:** New York District Office

### POTENTIAL CHARGING PARTY

**Name:** Ms. Maria L. Kolodziej

**Address:** 2867 chestnut ave

RONKONKOMA, NY 11779

**Year of Birth:** 1967

**Email Address:** mlkolodziej@outlook.com

**Phone Number:** 631-648-0565

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Female

**Disabled?** Yes

**Are you Hispanic or Latino?** No

**Ethnicity:**

**National Origin:** Other Origin

### RESPONDENT/Employer

**Organization Name:** Eastern Suffolk BOCES / Premm learning Center

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Primary Address:** 1200 Montauk Highway 1200 MONTAUK HWY

OAKDALE, NY 11769, UNITED STATES OF AMERICA

**County:** Suffolk

**Phone Number:**

**Work Address:** 1200 Montauk Highway 1200 MONTAUK HWY

OAKDALE, NY 11769

**Remote Work:** false

### RESPONDENT CONTACT

**Name:** Lisa M Griffith

**Email Address:** Lgriffith@littler.com

**Phone Number:** (631) 247-4709

**Title:**

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 07/26/2024

**Reason for Complaint:** Age - I am 40 years of age or older

**Pay Disparity:**

**Location of Incident:** New York

**Submission (initial inquiry) Date** 09/11/2024

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 520-2024-07998

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**


**ADVERSE ACTION(s)**

7/26/2024 Victoria told aides  to tell me so i can bring the diaper to her and leave the classroom. i'm the TA SHE SAID NEVER LEAVE THE CLASSROOM

7/26/2024  i asked Victoria if she instructed the aides for me to leave and bring the diaper  She said it wasn't a set up

7/26/2024 during my lunch break i called the office and requested to be transferred form the classroom and they told me to resign

7/26/2024 i went to the doctor got a doctors note for anxiety

7/29/2024 spoke with Director Laura was screaming at me saying i wasn't a team member

Memorandum does not have any info if i can leave the classroom

7/29/2024 requested to speak with HR after emails back and forth and telling me to resign . on 7/30/2024i resign and HR did not call until after i resigned


**APPOINTMENT**

**Appointment Date and time:** 02/07/2025 11:00:00 EST

**Interview Type:** Phone


**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 05/22/2025

**Supplemental Information**

**What Reason(s) were you given for the action taken against you?**

She said i didnt return to work. I had an anxiety attack and went to the doctors on my lunch break. I have a note from my doctor that they wouldn't accept the next day

**Was anyone in a similar situation treated the same, better, or worse than you?**

Marilyn one of the aides was treated better than i was by the teacher as she was able to access the curriculum on the computer . I was never showed how to access by the teacher. she saw i lacked experience and i met her mother working there so Marilyn kept stating in front of the classroom she should have been the TA, I didn't received any training from the teacher about the teaching assignments on the computer. Marylin wanted to be the leader and kept trying to handle my work she refused to give me the backpack i was responsible for holding it on the playground. She didn't take me seriously as a TA because of the lack of training i received from Victoria the teacher . She refused to go to the focus room when Victoria called i was in the class with the aides being responsible for the classroom. I instructed Arianna to go and she did.

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

We were never provided any Aides emails.  The two aides in the classroom that were working during this time were Marylin and Arianna and Chris, but he was on lunch break . They are both students and Arianna goes to Oneonta College. She picked up the phone when Victoria called to instruct her to tell me to leave the classroom and bring her a diaper to the focus room. After Arianna was done with the conservation she said she didn't know where the focus room was and Marylin said i'm not going  So both said you should go since Victoria said you should go. I informed the aides i was instructed by Victoria to never leave the classroom so i told Arianna to go. When i questioned Victoria about this  She admitted she spoke to Ariana and said "Dont think it was a set up" As a teacher why didn't she request to speak to me directly to give instructions. I was standing right next to Ariana

**Please tell us any other information about your experience.**

I didn't want to work in such confusion because i got scared in case i left the classroom i could have been fired or arrested  so i requested a transfer during my lunch break and even without looking into this further and if they can relocate me they said for me to resign over the phone and send in your resignation i got upset and went to my doctor for anxiety because i wasn't expecting them to tell me to resign an di explained everything however the next day the Director called me yelling at me to resign and  she was saying i was not a team player and i am noy following rules. just screaming at me.  I was working at Prem only 3 weeks and this is the most challenging place to work at of any other locations my sister said  she/s been an aide for 8 years she said she doesn't know why they placed me as an TA instead of an aide first and especially as being new, to that location with children who have the most server behavior issues. She said you have to be experienced before you go there,

Maria Kolodziej

2867 Chestnut Ave

Ronkonkoma NY 11779


Date: 6/3/2025

RE: EEOC Charge No. 520-2024-07998


Equal Employment Opportunity Commission

New York State District office

33 Whitehall Street, 4th Floor

New York NY 10004


Dear Alexander Adeshchenko:

In response to the above case and charges of Discrimination, I Maria Kolodziej am 58 years old; BOCES is aware of my first and last name and has my age on file. Furthermore, BOCES has all my personal information in their system, this includes my Social Security number and my insurance information. They have access to my personal Information and my healthcare Information. I am the person who they hired incorrectly and then discriminated against. I never worked for an Educational Institution and I informed BOCES during my initial interview that I would prefer the same position as my sister who is a Teacher's Aide. My sister said it's so much easier to start out as an Aide and move up so you become familiar with everything. When I applied for a Teachers Assistant with Rebecca Bockman, it was for Fall 2024-2025 position **Exhibit ( A) and, Exhibit (A-B)** not the Summer. **Exhibit (A-C )** And I informed her I will **not be going forward** with the **Teachers Assistant position, Exhibit (B), Exhibit (B-A)** as I found out during my second visit that I had to complete the NYS Cert within 30 days. However, informed her I cannot complete the NYS links within 30 days. I inquired about the summer position **Exhibit (C )** and Jamie Douchett contacted me May 7, 2024 for **Teachers Aide for Hire Letter** attached. I believe it was Jamie who took a copy of my missing paperwork. **Exhibit (C-A),** I brought in person to the office and I said to her its confusing as I accepted the position as Teachers Assistant and thought it was Teacher's Aide as I requested, I informed her I didn't

Ⓘ

7/10/25

Rebuttal

Scan 20250603

Scan attached

Rebuttal to position

20250603

complete the NYS Cert links and she said it was not required because I have a Bachelor's Degree. A lot of confusion with the hiring process. It seems Rebecca Bockman was responsible for the hiring for the Fall, and Jamie Douchett hired for summer position.   BOCES was aware that I wasn't trained or certified and I didn't complete my Teacher's Assistant Certification to give teaching support, then they should have trained me appropriately under the supervision of the teacher.  To be a Teacher's Assistant, a NYS Certifications is required. So yes, there was a little confusion in the hiring process, BOCES should have clarified this better before placing me as a Teacher's Assistant.  Instead, they made errors and harassed me to get me fired by creating a scandal, asking me to leave special needs students unattended and asking me to leave the classroom. This is unprofessional. I worked for Social Services and many other companies as this is unprofessional and discrimination.

This was a summer position for a few weeks, I did not need any accommodations for a wheel chair nor did I have to disclose my disability if it did not require any accommodations. If I was unable to handle something I would have informed the teacher or Rebbeca Bockman. I didn't think it was necessary to disclose my disability if I didn't need accommodations.  BOCES is an Educational Intuition and has access to Medicaid and Medicare as state Federal partnership **Exhibit (C-A)** and they receive funding. Medicaid provides funding to school districts in Medicaid programs to cover the costs of certain programs and services for students.  It indicates this in the BOCES General Guidelines policy that BOCES participates with Medicaid funding, therefore BOCES personnel have access to these programs and they had access to view my private Insurance information as well. My baseless allegations are not so baseless because I was being treated different after they viewed my insurance records and BOCES knew I was receiving Medicare and Medicaid. This is why I believe i was being set up and wasn't trained accordingly. If BOCES can view students Medicaid records in the system they can view mine.  I worked for an insurance company for 15 years. I know HIPAA privacy laws. I am aware the access a company has. As long as BOCES has my Social Security number, they can access any and all of my records including Social Security, Medicare and Medicaid.  It's also not so baseless when Victoria took a day off to take her NYS teaching exam and I was replaced by another young Teachers Assistant to fill in for that Friday. Victoria instructed me how to handle the classroom with the help of the aides. On Friday July 12th, 2024, Victoria was absent and I was unaware that Christina a Teacher's Assistant was going to take over for the day. There should be a record of attendance for Victoria taking the day off to take her NYS exam.  I believe it was the Friday July 12th 2024.

After Victoria attended a few meetings, Victoria informed me that I cannot use her password to access the bus schedule. However, Marylin another Aide was able to bring up the bus schedule

while I sat in the back of the room. Victoria took away my access to the bus schedule, and I was never provided with my own access, I was never given access to morning meetings. I feel it was a set up for me to leave a classroom, a classroom full of special needs children to bring a diaper to the focus room especially by a Teacher (Victoria) who is aware of the policies at the school. I was not being treated in good faith. In Eastern Suffolk BOCES Guidelines, there is no written policy on whether a Teachers Assistant can leave a classroom. There was no sign on the wall indicating whether I can leave a classroom. As a new TA to bring such confusion to a person, must have been done intentionally. If I left that classroom, it would have been abandoning the children. It was a setup up. BOCES was aware that I was disabeled they tried to harass me and get me out. And because of my age and disability, I was the oldest out of the staff in the classroom, this gave them a greater reason to harass me and or get me fired. Because if I left that classroom, I could have been fired and I believe these were the intentions of the BOCES staff. Lack of training, lack of access to the system, no access to bus schedule and other system. Victoria brought in confusion and due to lack of training. She tried to make me look incompetent in front of the young aides who mocked at me. **Exhibit (C-B)**

On July 6 th, 2024, I requested to be transferred and I explained to Ms. VanGorden after she said I have to resign, I got more upset, and I informed her I need to see my doctor, she kept insisting that I resign. With anxiety and being upset I couldn't return to work and I went to see Victoria Vamos, RN and I submitted my doctors note to Laura that was rejected by spam. 7/29/2024 **Exhibit (D,) Exhibit (D-A)** I also was never asked to speak to HR and I also I requested a transfer out of that classroom. I requested by email to submit my complaint to HR **7/29/2024 Exhibit (E),** I sent emails to Laura Papaleo numerous times and spoke to her by telephone. **Exhibit (G)** Laura Papaleo kept forcing me to send in my resignation. 7/29/2024 **Exhibit (F)** I sent in my resignation 7/30/2024. I never spoke with HR until he called me the day after I resigned, I believe day or two after. I would have to check my cell phone records. I spoke to him for a while on my cell phone. This was the only time I spoke with HR.  If I intended to resign as Ms. VanGorden and Laura stated, I would have resigned with no issues on the first day, but I asked to be relocated and I was forced to resign.

On July 26th, 2024, on this day, I left off having a conversation with Victoria asking her if she asked Arianna to relate a message to me, to bring a diaper to the focus room to leave the classroom.  Victoria's reply was "don't think it was a setup". I was shocked and overwhelmed by her statement.  Victoria spent most of her day at meetings or in the focus room, she was gone for like 40 minutes that day, but left numerous times. She was hardly in the classroom. I am asking how and when was a notice provided to me about a meeting scheduled. I was never

③

informed or never received it by email. Victoria did not mention a meeting.  I was never called to the office to confirm a meeting; I was mostly overseeing the classroom while Victoria was out on meetings and in the focus room most of the day. If there was a meeting scheduled, I should have received advanced notice about the meeting, However, I wasn't signed up with many of the BOCES Systems, bus schedules, meetings, curriculum or receiving notices through BOCES system. **Exhibit (C-B)**

July 26, 2024, after I complained about Victoria and requested a transfer, I was asked to resign and Laura was yelling at me to resign numerous times on the phone. I mean literally screaming at me. I requested to be transferred, she never offered to transfer me. July 29, 2024, The very first reply Monday morning on 7/29/24 at 8:37 am, **Exhibit (H-A),** Laura sent me an email to send her" *a letter of resignation as soon as possible" She* didn't even know what transpired or didn't speak to me on Friday 26th and the first email I receive from her is to "Forward a letter of resignation as soon as Possible". **Exhibit (H-A).**  She didn't even give me the opportunity to explain.  I attached a PDF letter kept writing to her requesting a transfer at 9:44 am **Exhibit (I ),** **(Exhibit I-A)** trying to explain what transpired and requested a transfer. Then I continued at 7/29/24 at 2:04 pm to submit my complaint to HR, **Exhibit (J).** On the phone Laura stated that *I was not a team player*. She said that I should have left the classroom and *"I wasn't following rules".* I told her I felt uncomfortable leaving the classroom.  I sent her an email **Exhibit (J)** that I followed the Teachers rules in the classroom that Teacher instructed. I am not familiar with all the policies and there are no written policy signs on the wall or any written policy in BOCES General Guidelines whether or not a Teacher's Assistant can leave Special needs children unattended with Aides. **Exhibit (J-A.)** I also informed her I was on my lunch break in my car in the parking lot when I sent an email requesting to transfer **Exhibit ( J-A)**

On Friday July 12, 2024, the classroom had a Teacher's Assistant fill in the first week when Victoria took the day off to take her teaching exam. I believe it was some kind of NY state exam. A young Teacher's Assistant Christine substituted that day and handled the learning activities. So yes, there was age discrimination. However, my attendance was great, I was the only staff member that didn't take a day off.

 I believe they could have accommodated me and transferred me when I requested it, but they refused and wanted me to resign because of my age and disability. The age coincides with the disability. If a person is disabeled at my age, you have a less a chance of finding a job and disability will hinder keeping your job. I would like to inform you what went through my mind as I was asked to leave a classroom with a class full of Special needs students that have disabilities

(4)

and can cause harm to themselves or others. My thought was that If I left the classroom, I would be accused of abandoning them and may possibly get arrested if they hurt themselves or others, I remember Victoria telling me never to leave the classroom when she's not present. I am responsible when she's not there. This brought so much confusion to me when I was asked to leave. Therefore, I believe BOCES hired me incorrectly then they checked my Healthcare records and saw I was on disability, this created a scandal to discriminate against me and get me fired when I requested to relocate and complained. They forced me to resign.  It seems they succeeded. They got what they wanted. But at 58 years old, I lost the opportunity to continue my employment with BOCES and retire with a NYS pension, I was mistreated and lost earnings because of this retaliation on me. I was a whistleblower in regards to the teacher not following her own classroom policy and in retaliation they forced me to resign. Premm is one of the most challenging locations to work at with the high level of special needs. I wonder how parents would feel if they knew their children were left without proper supervision. Especially when a Teacher or a Teacher's Assistant is not present in a classroom.


Sincerely,

Maria Kolodziej

